IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CB&I LAURENS, INC., <br><br> Plaintiff <br><br> v. <br><br> LIBERTY MUTUAL INSURANCE COMPANY, GEORGIA POWER COMPANY, OGLETHORPE POWER CORPORATION (an Electric Membership Corporation), THE CITY OF DALTON, GEORGIA by and through its Board of Water, Light and Sinking Fund Commissioners d/b/a DALTON UTILITIES, MEAG POWER SPVJ, LLC, MEAG POWER SPVM, LLC, and MEAG POWER SPVP LLC <br><br> Defendants. | Civil action File Number: <br> 1:18-cv-00512-TCB |

## SECOND CONSENT MOTION TO STAY LITIGATION

Defendants Georgia Power Company, Oglethorpe Power Corporation, the City of Dalton, Georgia, MEAG Power SPVJ, LLC, MEAG Power SPVM, LLC, and MEAG Power SPVP, LLC, and Liberty Mutual Insurance Company ("Defendants") and Plaintiff CB&I Laurens, Inc. ("Plaintiff") hereby jointly move the Court for an order staying this litigation and all case deadlines through and including May 31, 2018. In this litigation, Plaintiff seeks to recover for several

liens it alleges attach to the property upon which Units 3 and 4 of the Alvin W. Vogtle Electric Generating Plant (the "Project") is located in Burke County, Georgia.

Plaintiff's claims are related to services it performed under a contract with WECTEC Global Project Services, Inc. ("WECTEC") and/or its parent company Westinghouse Electric Company, LLC ("Westinghouse) (collectively, the "WECTEC entities"). WECTEC, Westinghouse, and other related entities are currently in a Chapter 11 case (the "Bankruptcy") pending in the Southern District of New York. *See In Re Westinghouse Electric Company, LLC, et al.*, No. 17-10751-mew.

Plaintiff filed proofs of claim in the Bankruptcy on or about September 1, 2017 and December 5, 2017 for the principal amounts Plaintiff seeks in this action. The WECTEC entities filed a Chapter 11 Plan of Reorganization in the Bankruptcy on January 29, 2018. The Plan has not yet been fully implemented. Therefore, in the interest of judicial economy, the Parties request a stay until May 31, 2018 to allow the Plaintiff sufficient time to consider the confirmed Plan, if any. No rights or defenses in this litigation are waived by the Parties' consent to this Motion. A proposed order is attached hereto as **Exhibit A**.

Respectfully submitted this 16th day of April, 2018.

/s/ Brooke W. Gram
Josh Archer
Georgia Bar Number 021208
Brooke W. Gram
Georgia Bar Number 810901
**Balch & Bingham LLP**
30 Ivan Allen Jr. Boulevard, N.W.
Suite 700
Atlanta, Georgia 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656
jarcher@balch.com
bgram@balch.com

*Attorneys for Defendants*
*Georgia Power Company*
*Oglethorpe Power Corporation*
*The City of Dalton, Georgia*
*MEAG Power SPVJ, LLC*
*MEAG Power SPVM, LLC*
*MEAG Power SPVP, LLC*

/s/ Daniel M. Murdock (w/express permission)
Daniel M. Murdock
Georgia Bar Number 310432
**Brantley Arant Boult Cummings LLP**
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8124
Facsimile: (205) 488-6124
dmurdock@bradley.com

*Attorney for Plaintiff*
*CB&I Laurens, Inc.*

/s/ Timothy J. Burson (w/express permission)
John V. Burch
Georgia Bar Number 094900
Timothy J. Burson
Georgia Bar Number 097414
**Bovis, Kyle, Burch & Medlin, LLC**
200 Ashford Center North
Suite 500
Atlanta, Georgia 30338-2668
Telephone: (770) 391-9100
Facsimile: (770) 668-0878
jvb@boviskyle.com

*Attorneys for Defendant Liberty Mutual Insurance Company*

249221.1

3

## RULE 7.1D CERTIFICATE

The undersigned hereby certifies that the foregoing Second Consent Motion to Stay Litigation was prepared using 14-point Times New Roman font, in accordance with Local Rule 5.1B.

Dated this 16th day of April, 2018.

                                               */s/ Brooke W. Gram*
                                               Brooke W. Gram
                                               Georgia Bar Number 810901

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 16th day of April, 2018, a copy of the foregoing Second Consent Motion to Stay Litigation has been served via e-mail and U.S. Mail, postage prepaid and properly addressed as follows:

Daniel M. Murdock
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

John V. Burch
Timothy J. Burson
Bovis, Kyle, Burch & Medlin, LLC
200 Ashford Center North
Suite 500
Atlanta, Georgia 30338-2668

/s/ Brooke W. Gram
Brooke W. Gram
Georgia Bar Number 810901